UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Elijah Idris, Gowan McLin, and Justin Bickham individually and on behalf of all others similarly situated,

                Plaintiff(s)

v.

Lakeview Loan Servicing, LLC

                Defendant(s)

CASE No C 3:25-cv-05087-TLT

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 08 / 21 / 2025

_____
Party

Date: 10/07/ 2025

_____
Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 10/07/ 2025

_____
Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 1-15-2019

Doc ID: cdd736352341617162333d3f68e38b3eec14a0d73

Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Elijah Idris, Gowan McLin, and Justin Bickham individually and on behalf of all others similarly situated,

                Plaintiff(s)

v.

Lakeview Loan Servicing, LLC

                Defendant(s)

CASE No C 3:25-cv-05087-TLT

ADR CERTIFICATION BY PARTIES AND COUNSEL

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date: 08 / 21 / 2025            _____ Party

Date: 10/07/ 2025            _____ Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date: 10/07/ 2025            _____ Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert rev. 1-15-2019

Print Form

Doc ID: b9821ea81493516fcc02d26417d2374943caf0c9

Reset Form

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elijah Idris, Gowan McLin, and Justin Bickham individually and on behalf of all others similarly situated,<br><br>                    Plaintiff(s)<br>   v.<br><br>Lakeview Loan Servicing, LLC<br><br>                    Defendant(s) | CASE No C 3:25-cv-05087-TLT<br><br>ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

1) Read the handbook entitled "Alternative Dispute Resolution Procedures Handbook" (available at cand.uscourts.gov/adr).
2) Discussed with each other the available dispute resolution options provided by the Court and private entities; and
3) Considered whether this case might benefit from any of the available dispute resolution options.

Date:    08 / 25 / 2025                                   _____
                                                                              Party

Date:    10/07/ 2025                                      _____
                                                                              Attorney

Counsel further certifies that he or she has discussed the selection of an ADR process with counsel for the other parties to the case. Based on that discussion, the parties:

☒ intend to stipulate to an ADR process

☐ prefer to discuss ADR selection with the Assigned Judge at the case management conference

Date:  10/07/ 2025                                        _____
                                                                              Attorney

*Important!* E-file this form in ECF using event name: "ADR Certification (ADR LR 3-5 b) of Discussion of ADR Options."

Form ADR-Cert  rev. 1-15-2019

Print Form

Doc ID: 87c1a2538651b3be46c803c8c3cd3bcd1f8d8e73

**ATTESTATION PURSUANT TO CIVIL LOCAL RULE 5-1(i)(3)**

I attest that each of the other Signatories have concurred in the filing of the document, which shall serve in lieu of their signatures on the document.

Dated: October 7, 2025

By: */s/ Natalie Lyons*
Natalie Lyons, No. 293026
COHENMALAD, LLP
Attorney for Plaintiffs