United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIJAH IDRIS, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>        Defendant. | Case No. 25-cv-05087-TLT<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**<br><br>Re: Dkt. No. 30 |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Jacqueline Scott Corley for consideration of whether the case is related to 25-cv-04412-JSC.

**IT IS SO ORDERED.**

Dated: October 8, 2025

TRINA L. THOMPSON
United States District Judge