UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Idris | Case No. 25-cv-05087-TLT |
| Plaintiff, | |
| v. | **CASE MANAGEMENT AND SCHEDULING ORDER** |
| Lakeview Loan Servicing, LLC | |
| Defendant. | Re: Dkt. Nos. 17, 30 |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10,

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. <u>TRIAL DATE</u>:                    October 18, 2027
                                    No. of Days:  14
                                    Courtroom 9, 19th Floor
                                    Jury Trial

2. <u>FINAL PRETRIAL CONFERENCE</u>:    September 2, 2027, 3:00 p.m. (in person)
                                    **LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**
                                    Joint Pretrial Statement (including objections, motions in limine and jury instructions): August 6, 2027

3. <u>DISPOSITIVE MOTIONS</u>:          Last day to be heard:  (in person)
                                    May 4, 2027, 2:00 p.m.
                                    Last day to file dispositive motions:
                                    March 26 , 2027
                                    See Civil Local Rules for notice and filing requirements.

4. <u>LAST DAY TO HEAR MOTION FOR CLASS CERTIFICATION</u>:    Last day to be heard: February 9, 2027, 2:00 p.m. (in person)
                                    Last day to file: November 20, 2026

5. <u>EXPERT DISCOVERY CUT-OFF</u>:     November 6, 2026

6. <u>EXPERT REPORTS</u>:               Rebuttal reports by October 19, 2026
                                    Opening reports by September 18, 2026

7.  FACT DISCOVERY CUT-OFF:              October 6, 2026

8.  ADR:                                  Mediation to be completed by April 3, 2027
                                          Selection of form of mediation by stipulation:
                                          October 16, 2025;
                                          Status report re.
                                          Name of Mediator and Mediation Schedule: no
                                          later than November 14, 2025

9.  MOTION TO DISMISS                     Hearing Date: February 17, 2026, 2:00 p.m. (in
    PLAINTIFF'S FIRST AMENDED             person)
    COMPLAINT (FAC),SUBJECT               Reply due: January 13, 2026
    MATTER JURISDICTION, VENUE:           Response due: December 5, 2025
                                          Motion due: October 27, 2025

10. LAST DAY TO AMEND                     March 16, 2026
    PLEADING:

11. FURTHER STATUS CONFERENCE:            January 14, 2027, 2:00 p.m.;
                                          March 19, 2026, 2:00 p.m. videoconference

12. FIRST MOTION TO DISMISS:              November 11, 2025, 2:00 p.m. [vacated]
    (Moot: FAC filed by 10/6/25)

13. PLAINTIFFS' AMENDED                   October 6, 2025, *See* ECF 31
    COMPLAINT FILED:

14. DEFENDANT'S REPLY BRIEF DUE           October 6, 2025 [set aside]
    FOR MOTION TO DISMISS, *See*
    ECF 23, 31

15. INITIAL DISCLOSURES DUE:              October 21, 2025


   **IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge

Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial

and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-

thompson/).

**JURY TRIAL**

The Court will take cause challenges and discuss hardship claims at side bar.  The Court will inform counsel which hardship claims and cause challenges will be granted, but will not announce those dismissals until the selection process is completed.  Peremptory challenges will be made in writing.  The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information.  In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to the electronic questionnaire.  The parties will receive the responses prior to the in-court voir dire.

**SCHEDULING ORDER MODIFICATIONS**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause.  Parties may file a formal brief, but a letter brief will suffice.  The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline.  **The parties may not modify the pretrial schedule by stipulation**.  Once issued, this schedule may be modified only for good cause and with the judge's consent. FRCP 16(b)(4).  A conflict with a court date set after the date of this order does not constitute good cause.  The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.

//

//

1      The only discovery schedule that the Court will enforce is the one set in this order.

2      **IT IS SO ORDERED.**

3    Dated: October 8, 2025

4

5                                                    _____

6                                                    TRINA L. THOMPSON
                                                     United States District Judge
7
     June 16, 2028
8    Related 25-cv-4412

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4