UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Elijah Idris<br><br>　　　　Plaintiff(s)<br><br>v.<br><br>Lakeview Loan Servicing, LLC<br><br>　　　　Defendant(s) | CASE No C 25-cv-05087-TLT<br><br>STIPULATION AND [PROPOSED]<br>ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

- ☐ **Mediation** (ADR L.R. 6)

- ☒ **Private ADR** (*specify process and provider*)
  Private mediation; mediator to be identified by Nov. 14, 2025 per Order, see ECF 36 ¶8

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you <u>must</u> file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

- ☒ other requested deadline: Apr. 3, 2027 per Order, ECF 36 ¶8

Date: October 16, 2025　　　　/s/ Natalie Lyons
　　　　　　　　　　　　　　　　Attorney for Plaintiff

Date: October 16, 2025　　　　/s/ Viola Trebicka
　　　　　　　　　　　　　　　　Attorney for Defendant

☒ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS:

Date:　October 17, 2025

　　　　　　　　　　　　　　　　　U.S. DISTRICT/MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*

**SIGNATURE ATTESTATION**

I, Viola Trebicka, as the ECF user and filer of this document, attest pursuant to N.D. Cal. L.R. 5-1(i)(3) that each of the other signatories have concurred in the filing of the document.

Dated: October 16, 2025                                By: */s/ Viola Trebicka*
                                                                                Viola Trebicka