QUINN EMANUEL URQUHART & SULLIVAN, LLP
Viola Trebicka (Bar No. 269526)
violatrebicka@quinnemanuel.com
Valerie Roddy (Bar No. 235163)
valerieroddy@quinnemanuel.com
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Tel: (213) 443-3000
Fax: (213) 443-3100

Ryan Sullivan
ryansullivan@quinnemanuel.com
111 Huntington Avenue, Suite 520
Boston, MA 02199
Tel: (617) 712-7100
Fax: (617) 712-7200

*Attorneys for Defendant Lakeview Loan Servicing, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIJAH IDRIS, GOWAN MCLIN, and JUSTIN BICKHAM individually and on behalf of all others similarly situated,<br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LAKEVIEW LOAN SERVICING, LLC,<br><br>　　　　　Defendant. | Case No.: 3:25-CV-05087-JSC<br><br>**DECLARATION OF KAWSAR ALI**<br><br>Before: Hon. Jacqueline Scott Corley |

I, Kawsar Ali, declare as follows:

1. Except as otherwise stated below, I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2. I am the Website Manager for Lakeview Loan Servicing, LLC ("Lakeview") and my job responsibilities include managing the *lakeview.com* website, including third-party code installed on the *lakeview.com* website.

3. I have worked as the Website Manager for Lakeview since August 2021. From August 2021 through September 2023, I worked in this role as a full time Lakeview employee, and from September 2023 to present, I have worked in this role as an independent contractor.

4. Relevant to my role as Website Manager, I have expertise in managing online marketing campaigns and managing the user experience of websites. Prior to joining Lakeview, I spent more than nine years working as a web designer and web analyst for two other companies. In addition to my years of hands-on professional experience, I have training in digital marketing (which relies in part on the use of website-embedded code of the nature I understand is at issue in this case), and I have obtained certifications in Fundamentals of Digital Marketing from Google Digital Garage and Content Marketing from HubSpot Academy.

5. As part of my job responsibilities, I implement and manage the Google Analytics and Microsoft code for the *lakeview.com* website.

6. The *lakeview.com* website primarily allows users to find information about home loans generally; it has tools to help consumers, such as a mortgage payment calculator; and it has contact forms to allow users to request more information about various loan products from Lakeview. The *lakeview.com* website also serves as a portal that allows users to log into their outside subservicer accounts in order to manage their Lakeview loans.

7. For example, when users select the "My Account" tab on the *lakeview.com* website, they are given links for logging into the subservicer's website (as shown in the annotated screenshot of the *lakeview.com* website below) (last visited Sept. 13, 2025):



8. Each of the subservicers partnering with Lakeview are independent of Lakeview. Although some (but not all) of these linked-to subservicer websites are co-branded with Lakeview, none of the subservicer sites are part of the *lakeview.com* domain or controlled by Lakeview. Lakeview does not decide what code is installed on any of the subservicer websites, and Lakeview cannot track or record when users log in to service their loans, or when user takes any action towards managing their loan.

9. Because all servicing of Lakeview loans occurs on the independent subservicer websites, the *lakeview.com* website does not have any mechanism for Lakeview customers to log into the *lakeview.com* website to service their loan. If a Lakeview customer wishes to manage their loan, they cannot do it on the *lakeview.com* website. Any logging in by a Lakeview customer to manage their loan occurs only on the websites for the independent subservicers.

10. The only information collected by Lakeview related to these subservicer websites is that a user left the *lakeview.com* website for the external website. This information does not include whether that user actually logged into the subservicer site, whether the user's account with the subservicer is for a Lakeview loan (or some other loan), or whether the user even has an account with the subservicer.

11. I understand plaintiffs' complaint in this case references four specific technologies: the Meta Pixel, Microsoft Clarity, Google Analytics, and Tavant's Velox NXT platform. The Meta Pixel, Microsoft Clarity, and Google Analytics are all code installed on the *lakeview.com* website. Regarding plaintiffs' allegations relating to the *apply.lakeview.com* webpage and subdomain, this webpage is managed by Tavant, a separate entity which Lakeview does not control.

12. It is my understanding that Tavant manages the collection of information, on behalf of Lakeview, for loan originations, through a service agreement with Lakeview. And that Tavant collects this information via the *apply.lakeview.com* webpage and subdomain. As the Lakeview Web Manager, I do not manage the *apply.lakeview.com* subdomain. It is instead managed by Tavant.

**<u>The Meta Pixel, Microsoft Clarity, and Google Analytics Code</u>**

*Meta Pixel*

13. The Meta Pixel code installed on the *lakeview.com* website is configured to collect and transmit only pageview events. I have reviewed the current functionality, and the Meta Pixel collects and transmits only the top-level *lakeview.com* URL. It does not collect or report any sub-domain webpage information regarding the specific webpages visited, and it does not report any other non-pageview user event.

14. To my knowledge, the Meta Pixel code installed on the *lakeview.com* website has always been configured to collect only pageview events, and it has never been configured to collect any other events.

15. It is my understanding that Meta categorizes internally the *lakeview.com* website as a "Financial service" website, and because of this categorization, it automatically shortens all collected and transmitted URLs to *https://lakeview.com*, no matter what the full URL of the page is. *See* https://www.facebook.com/business/help/124742407297678?id=188852726110565;

3

Case No.: 3:25-CV-05087-JSC
DECLARATION OF KAWSAR ALI

https://www.facebook.com/business/help/1402913027039332?id=188852726110565 (last visited Sept. 13, 2025).[1]

16.  It is my understanding that the information sent by the Meta Pixel code installed on the *lakeview.com* website is viewable to users of the website through their browser's developer tools.[2] For example, for the *https://lakeview.com/leverage-your-home-equity-for-the-cash-you-need/* webpage, the Meta Pixel collects and reports the top-level *lakeview.com* URL, and only the pageview event for the truncated URL, as shown in the annotated screenshot of the webpage with the browser developer tools enabled (with excerpts magnified for readability) below (last visited Sept. 15, 2025):



---

[1]  A true and correct copy of these webpages (last visited Sept. 15, 2025) are attached to this declaration as **Exhibit A** and **Exhibit B**.

[2]  Most, if not all, modern web browsers include "developer tools" which allow a user to examine and test the user interface of a web site. Developer tools include a network log, which shows the information that is sent and received from the webpage, including information sent by third-party code.

17. Based on my review of the Meta Pixel code installed on the *lakeview.com* website, and review through the developer tools of the information that is sent, to the best of my knowledge and understanding, the Meta Pixel code on the *lakeview.com* website will not capture or transmit any information entered by a user, nor will it capture any sensitive personal or financial information.

18. Lakeview terminated the Meta Pixel account associated with ID 402179494395233, to the best of my recollection, in early 2022. Since the cancelation, Lakeview does not have a Meta Pixel account or use information collected by any Meta Pixel code. To the best of my knowledge, the information transmitted to Meta through Lakeview's Meta Pixel code is not collected because there is not an account associated with the transmitted data.

**Microsoft Clarity**

19. The Microsoft Clarity code is installed on the *lakeview.com* website. Microsoft Clarity is session-recording software. It records user interactions with the *lakeview.com* website and creates heatmaps so we can review how the website is generally used by visitors.

20. The Microsoft Clarity code is configured to mask all information that a user enters into an input box and information in drop-down menus, and this setting cannot be changed. *See* https://learn.microsoft.com/en-us/clarity/setup-and-installation/clarity-masking.[3] As explained by Microsoft, "Clarity masks sensitive content on your website by default and never captures anything that is masked or sent over the wire." *Id.* When masked, digits are captured as '▫' and letters are captured as '▪'. For example, if a user types "Jane Smith" into a text box, the Microsoft Clarity code will capture, transmit, and collect the masked input "▪▪▪▪ ▪▪▪▪▪" instead of "Jane Smith."

21. Based on my knowledge and understanding, Lakeview uses the default "Balanced" setting for masking, which masks the content displayed on the webpage itself. Microsoft explains that with the "Balanced" setting, "[o]nly sensitive content is masked. We classify numbers and email addresses as sensitive content." *Id.*

22. To the best of my knowledge, on the general *lakeview.com* portion of the website, the information captured by the Microsoft Clarity code is anonymous, and I am not aware of any

---

[3] A true and correct copy of this webpage (last visited Sept. 15, 2025) is attached to this declaration as **Exhibit C**.

1  way to identify any specific individual based on the information captured, transmitted, or collected
2  by the Microsoft Clarity code.

3  ***Google Analytics***

4      23.    Both Google Analytics and Google Analytics 4 ("GA4") code are installed on the
5  *lakeview.com* website. This code captures information based on events, which are specific user
6  interactions with the website. The Google code is configured for specific user events, and when one
7  of those event occurs, the Google code will capture, transmit, and collect information related to that
8  event within Lakeview's Google analytics account. The information that is sent by the Google code
9  installed on the *lakeview.com* website is viewable to users of the website through their browser's
10 developer tools.

11     24.    Information transmitted by the Google Analytics code can be identified as related to
12 Lakeview because it uses Lakeview's Universal Analytics id of UA-121320232-4 as the tid or Tag
13 ID, as shown in the annotated screenshot of the *lakeview.com* webpage below (with developer tools
14 enabled and excerpts magnified for readability) (last visited Sept. 15, 2025):



6

Case No.: 3:25-CV-05087-JSC
DECLARATION OF KAWSAR ALI

25.     None of the data transmitted by the Google Analytics code is currently collected, processed, or used by Lakeview or Google in any way. In 2023, Google deprecated its Google Analytics code, and on July 1, 2023, Google stopped processing all data received by the deprecated Google Analytics code. https://support.google.com/analytics/answer/11583528.[4] Although the Goole Analytics code is still installed on the *lakeview.com* website, and still appears to transmit information, the Google Analytics code is essentially defunct because it has been deprecated. None of the data is collected or processed by Google, or available to Lakeview.

26.     The deprecated Google Analytics code was configured to track events such as outbound link clicks and when a user fill out Lakeview contact request form. The contact request forms are forms on the *lakeview.com* webpage that allow a user seeking information about a loan to request contact from Lakeview. The contact request forms do not include any sensitive financial information. The Google Analytics code has never been configured to collect or transmit any information a user types into a text field, and the request forms event collects only the fact a form was submitted, and not any of the information submitted within the form.

27.     Google prohibits the capture or transmission of any personally identifiable information through Google Analytics code. *See, e.g.* https://support.google.com/analytics/answer/6004245 ("Google prohibits customers from sending Personally Identifiable Information to Google Analytics.").[5] Accordingly, the Google Analytics code on Lakeview's website does not capture or transmit personally identifiable information. The Google Analytics code *may* capture and transmit an identifier associated with a first-party cookie placed by Lakeview. But because of the limited set of events collected by the Google Analytics code, Lakeview has no way to associate this identifier with any specific individual.

28.     The GA4 code replaced the deprecated Google Analytics code. The GA4 code is installed on the *lakeview.com* website, with Lakeview tid or Tag ID of G-WLRPKXY0BB. The

---

[4] A true and correct copy of this webpage (last visited Sept. 15, 2025) is attached to this declaration as **Exhibit D**

[5] A true and correct copy of this webpage (last visited Sept. 15, 2025) is attached to this declaration as **Exhibit E**.

GA4 code can be identified as related to Lakeview through the use of this tag, as shown in the annotated screenshot of the *lakeview.com* website below (with developer tools enabled and excerpts magnified for readability) (last visited Sept. 13, 2025):



29.     Lakeview's GA4 code is configured to collect specific events including click events, scroll events, when a user fills out a contact request form, when a user makes an account for Tavant to apply for a loan, and when a user completes a Tavant application. The GA4 code has never been configured to collect or transmit any information a user types into a text field.

30.     Information collected by the Google code can be accessed and analyzed by Google only when data sharing features are enabled. *See* https://support.google.com/analytics/answer/1011397.[6] Lakeview does not have "Google products & services" sharing enabled which is the setting that allows Google to access and analyze the

---

[6] A true and correct copy of this webpage (last visited Sept. 15, 2025) is attached to this declaration as **Exhibit F**.

1  collected data. Lakeview does have the "Modeling contributions & business insights" setting
2  enabled, but with this setting, the "data is aggregated with data from other websites and apps, so it
3  cannot be used to identify your organization, account, or users." *Id.* Lakeview's Google data sharing
4  settings are shown below (last reviewed Sept. 12, 2025):



17    31.    To the best of my knowledge and understanding, based on my review of the
18  information collected and processed by Google and Microsoft, none of the third-party code
19  Lakeview has installed transmits or collects any personal or financial information from any user of
20  the *lakeview.com* website.

21  ***Apply.lakeview.com Sub-domain and Velox NXT Code***

22    32.    To the best of my knowledge, the *apply.lakeview.com* site is a separate section of the
23  *lakeview.com* website, in which users can create an account, log in, and apply for a home loan. The
24  *apply.lakeview.com* subdomain and the data collection process for loan originations is managed by
25  Tavant, which is an independent company.

26    33.    It is my understanding that plaintiffs' complaint discusses the registration and login
27  for the *apply.lakeview.com* subdomain. When a user creates an account through the
28  *apply.lakeview.com* subdomain, they are creating a Tavant account, and when a user logs into an

account through the *apply.lakeview.com* subdomain, they are logging into their Tavant account. Users, whether Lakeview customers or not, may create a Tavant account as part of the loan origination process, and we cannot determine whether a user is a Lakeview customer based on whether they have a Tavant account. And moreover, as discussed above, because all loan servicing is through subservicer websites, Lakeview has no way to determine if any user of the *lakeview.com* website is a Lakeview customer.

34. To the best of my knowledge, the Velox NXT platform is managed by Tavant, and the Velox NXT code is installed only on the *apply.lakeview.com* webpage, which Tavant manages. As Lakeview's Web Manager, I do not have access to the Velox NXT platform or its data.

35. It is my understanding that Lakeview's GA4 code also collects information on the *apply.lakeview.com* subdomain, when allowed by Tavant. As discussed above, Lakeview has two GA4 custom events associated with Tavant and the *apply.lakeview.com* subdomain: the "Tavant New Account" event and the "Tavant Submit App" event. These events capture only that a Tavant account was created or that a Tavant application was submitted, respectively. Lakeview's Google Analytics software does not capture or transmit any information that is entered by a user, and, to the best of my knowledge and understanding, the information related to these events is anonymous.

36. I recently reviewed the information collected by the Google Analytics code from the *apply.lakeview.com* subdomain, and confirmed, to the best of my knowledge and understanding, that no user input information, personally identifying information, sensitive financial information, or other private information is collected.

I declare under penalty of perjury that the foregoing is true and correct. Executed in Valley Stream, New York on October 27, 2025.

*/s/ Kawsar Ali*
_____
Kawsar Ali