# Exhibit A

# About core setup

At Meta, we have restrictions around the kinds of information businesses can share with us through our Meta Business Tools. We don't want or permit advertisers to use the Meta Business Tools to share information about people that is not allowed under our Meta Business Tools Terms. This includes information that may be considered sensitive (including any information defined as sensitive under applicable laws, regulations and applicable industry guidelines), or information that is otherwise not allowed under our terms.

Core setup is a set of data restrictions that can be applied to a Meta Business Tool by you or by Meta. There is an option in Meta Events manager that you can use to turn on data restrictions for the Meta Business Tool you are using.

Core setup restricts the transmission of custom parameters and anything in a URL following the domain.

While not a substitute for your own compliance mechanisms, core setup's data restrictions can help prevent the sharing of information that may not be allowed under our Meta Business Tools Terms.

## Types of data that are restricted for Meta Business Tools with core setup's data restrictions

The kinds of information that are restricted for Meta Business Tools with core setup applied are:

- **Custom parameters**: Standard parameters are fields that we have predefined for advertisers to include with their events. For example, value and currency parameters for a purchase event, or the content_id parameter for a view content event. If your parameter is not on the list of standard parameters, it's considered a custom parameter. Learn about standard and custom parameters.
- **Anything in a URL after the domain**: For example, the URL https://jaspersmarket.com/clothes/summer/dresses?item=10 would be shortened to "https://jaspersmarket.com/".

## What core setup's data restrictions mean for you

If you're using a Meta Business Tool that has core setup's data restrictions applied, you may see limitations to the following advertiser experiences:

## Custom audiences may not work as expected

Custom audiences may not work as expected if they rely on custom parameters or anything in a URL after the domain:

- Custom audiences that rely on custom parameters or URLs in their rules can't be prefilled and may take longer to populate or not be available.

- Custom audiences can’t be created and won’t update if they contain device rules, or aggregation values along with custom parameters or URLs.

Go to Audiences to review and update custom audiences.

## Ads may be affected

Your ad sets may be effected if a custom audience decreases, or can no longer be updated because your Meta Business Tool is in a core setup. You can either update your custom audience or create a new one for your ad sets. Go to Audiences to review and update custom audiences.

## Events Manager information may change

Information may be unavailable in Meta Events Manager and other surfaces. For example, custom parameters and anything in a URL after the domain. This includes Sampled activities and the test events tool. Go to Meta Events Manager to learn more.

## Automatic advanced matching may be unavailable

Automatic advanced matching may not be available if your Meta Business Tool is in a core setup. If automatic advanced matching is unavailable, you can set up advanced matching manually instead. Learn how to set up advanced matching manually on Meta for Developers.

## Meta Pixel catalog updates

Adding items to your catalog via Meta Pixel may no longer work. You can add items to your catalog manually instead. Learn about ways to add items to a catalog.

## Custom events need to be reviewed

Review custom web, app, and offline events that are sent through the Meta Business Tools. During your review, you choose which events to confirm and which events to block. You should only confirm custom events if the event data follows the Meta Business Tools Terms, you intend to send the custom event to Meta, and the event data is formatted correctly. You may use custom events that you confirm for advertising purposes such as in ad campaigns, custom conversions, and custom audiences. Learn how to review custom events in Meta Events Manager.

## Reasons why core setup’s data restrictions may be turned on for a Meta Business Tool

Core set up data restrictions may be turned on for the Meta Business Tool for one of the following reasons:

1. Meta has determined that the data source falls under a data source category that requires core setup’s data restrictions. Learn more About data source categories in Meta Events

Manager.

2. You received multiple notifications that data you're sharing potentially goes against the Meta Business Tools Terms. Learn how to review blocked parameters in Meta Events Manager.
3. You have turned on core setup's data restrictions in Meta Events Manager. Learn how to turn data restrictions on and off in Meta Events Manager.