# Exhibit B

# About data source categories in Meta Events Manager

At Meta, we have restrictions around the kinds of information businesses can share with us through our Meta Business Tools. We don't want or permit advertisers to use the Meta Business Tools to share information about people that is not allowed under our Meta Business Tool Terms. This includes information that may be considered sensitive (including any information defined as sensitive under applicable laws, regulations and applicable industry guidelines), or information that is otherwise not allowed under our terms.

## Data source categories

We also work to categorize data sources, such as websites and apps, that send us data through the Meta Business Tools based on the topics related to the data source and the products and/or services provided. This helps us determine how your data source may be categorized, including if your data source may fall under a category that comes with restrictions. It is important to review the categories assigned to your data sources in Meta Events Manager to confirm they are appropriately categorized.

Data source categories that may have certain data sharing restrictions include, but are not limited to:

- Health and wellness: Is associated with medical conditions, specific health statuses, or provider/patient relationships (for example, a patient portal or wellness tracker for depression)
- Financial service: Provides financial tools, consultation and/or services, consumer credit reports
- Unsuitable content: Contains topics related to unsuitable content, including content that violates our Community and Advertising Standards (examples include hate speech, violence and illegal activities)
- Politics: Is associated with members of a specific political party, political position or contains topics related to a political issue
- Race: Is associated with individuals of a specific race
- Religion: Is associated with individuals with specific religious or spiritual beliefs and practices
- Sexuality: Contains topics related to sexuality or sexual orientation
- Gender identity: Is associated with individuals of a specific gender identity
- Nationality: Is associated with individuals of a specific citizenship status, immigration status or refugee status
- Trade union: Is associated with members of a trade union
- Personal hardship: Is associated with individuals likely facing personal hardship

**Note**: This list is not exhaustive and may evolve over time.

## Manage data source categories

You can see if any categories were assigned to your data source in Meta Events Manager. It is important that you review the categories assigned to your data sources in Events Manager to confirm they are appropriately categorized. If you think a category is inaccurate, you can ask us to review it

again. We'll take another look and you'll be notified through email of our decision. Learn How to manage data source categories in Meta Events Manager.