# Exhibit D

# Google Analytics 4 has replaced Universal Analytics

*Last updated: July 16, 2025*

Google Analytics 4 is our next-generation measurement solution, and it has replaced Universal Analytics.

## Understand the migration timeline

**Starting the week of July 1, 2024:** You will not have access to any current or historical Universal Analytics data and most users will lose access to the interface and the API on this date. For some properties it may take longer. All properties visible after July 1, 2024 will show a banner that they are queued for deletion. Universal Analytics 360 properties currently in an active BigQuery backfill will show in the interface for the full duration of that backfill. Correctly configured BigQuery backfills that start on or before June 30, 2024 will continue until completion, even if that date is after July 1, 2024.

**After July 1, 2024, once a property does not show in the interface, you should consider your property shut down.**

While the Universal Analytics standard sunset took some time to complete, the full Universal Analytics shutdown will happen on July 1st or within the week for most users. We know your data is important to you, and we recommend that you export your previously processed data before this date.

## Product integrations

Universal Analytics data and settings accessed or used through advertiser, publisher or other product integrations will be unavailable when services have stopped. For example:

1. Universal Analytics goals and ecommerce transactions will stop measuring new conversions, including those within linked advertising accounts. This may affect ad campaign performance if those conversions are used in combination with Smart Bidding.
2. Universal Analytics audience lists will be closed, which may affect ad campaign media activation and performance.
3. API requests related to Universal Analytics properties will fail, including requests for deletion of Universal Analytics data through the User Deletion API. This also means that tools relying on an API, such as Looker Studio, will not show any Universal Analytics data.
4. BigQuery export and backfill of historical data from Universal Analytics 360 properties can only be requested up to and including June 30, 2024. Already exported data remains available in BigQuery.
5. Attribution projects that were part of Attribution (beta) in Google Analytics will be deleted.

**Download your data:** To maintain access to data from your Universal Analytics property, you should download or export your data now. If this isn't done through one of the methods provided below, your data will be permanently deleted by Google and won't be recoverable.

**Find out which properties will be deleted**

Your Google Analytics account will continue to work, but after July 1, you will only see GA4 properties in your account. If you have not created a GA4 property yet, you will see no property at all in your account. You can recognize Universal Analytics properties based on the tracking code, which starts with "UA-" followed by a series of numbers, e.g. UA-000000-1. You'll also find a red banner at the top of all UA properties, indicating the need to migrate to GA4.

**What's happened so far**

- Starting **March 2023**: If you didn't manually migrate your active standard Universal Analytics property to a new Google Analytics 4 property and didn't opt out of an automatic property creation, we created a Google Analytics 4 property on your behalf. Automatically created Google Analytics 4 properties reuse existing site tags whenever possible.
- Starting **July 1, 2023**: Standard Universal Analytics properties stopped processing hits, including standard properties in accounts that also contain 360 properties. Some properties continued to process data for a short period after this as we staged the shutdown of Universal Analytics. You'll be able to access your previously processed data in your Universal Analytics property until July 1, 2024.

## For Google Analytics 360 customers



*Universal Analytics 360 properties with a current 360 order (Google Analytics 4 or Universal Analytics) received a one-time processing extension ending on **July 1, 2024**.* Starting on July 1, 2024, you will lose access to Universal Analytics data in the interface and in the API and via any product integrations like Google Ads, Search Ads 360. *360 Universal Analytics properties without a current 360 order (Google Analytics 4 or Universal Analytics) were subject to downgrade to standard*

Google Analytics 4 has replaced Universal Analytics

*Universal Analytics properties, did not receive the extension, and stopped processing data starting on July 1, 2023.*

- Starting **January 1, 2024**: As previously announced, migration to Google Analytics 4 is necessary in part due to a constantly changing technology and regulatory ecosystem. As we shift resources to focus on building Google Analytics 4, so that it satisfies those technological and regulatory demands, we can't guarantee that all features and functionalities in Universal Analytics 360 continue to work as expected.
- **January 29, 2024:** The following Universal Analytics features will be deprecated as we shift resources to focus on Google Analytics 4. To find the corresponding advertising and measurement features in Google Analytics 4, consult the feature comparison table on this page.

  - **Advertising features:**

    - Realtime reports

  - **Measurement features:**

    - Lifetime Value report
    - Model Explorer
    - Cohort Analysis
    - iTunes Conversion Tracking
    - Conversion Probability report
    - GDN Impression Beta

- **Early March, 2024:** The following Universal Analytics features will be deprecated as we shift resources to focus on Google Analytics 4. Google Analytics 4 was designed to be able to evolve for the future and built with privacy at its core. To find the corresponding advertising and measurement features in Google Analytics 4, consult the feature comparison table on this page.

  - **Advertising features:**

    - *Deprecated for traffic in the European Economic Area (EEA): these features will continue to be available for traffic outside of the EEA.*

      - Remarketing, key event export and bidding optimization
      - Daily BigQuery Export of data provided by linked Google advertising products: Google Ads, Search Ads 360, Display Video 360, Campaign Manager 360, Google AdSense, and Google Ad Manager
      - Drop of ad-click identifiers such as GCLID and DCLID can impact the attribution of credit of conversions to ad clicks from Google Ads, Publisher, and GMP Media integrations. There may be an increase in direct/none or google/organic traffic unless UTM parameters are present in the URL.

    - *Deprecated for all traffic: these features will no longer be supported inside or outside the EEA.*

      - Demographic and Interest reports
      - Publisher reporting

- Phone Analytics
- Event and Salesforce Data Import
- Realtime BigQuery Export

  ○ **Measurement features:**

  - *Deprecated for all traffic: these features will no longer be supported inside or outside the EEA.*

    - Universal Analytics property creation
    - App Views in Universal Analytics that receive data via the UA SDK or Measurement Protocol.
    - Unsampled reports. All queries above 1 million sessions will now be subject to sampling.
    - Custom Tables
    - Annotations

- **March 2024**: We recommend that Universal Analytics 360 users switch to Google Analytics 4 and complete historical data export no later than March 2024. This will support a smooth transition to GA4 and allow users to have three months to validate data and settings. By March, you should:

  ○ Migrate your Universal Analytics property's Google Ads links to your Google Analytics 4 property and do one or both of the following in your Google Ads account:

    - Create Google Ads conversions based on GA4 key events and switch to bidding on them instead of the corresponding Universal Analytics conversions.
    - Add Google Analytics 4 audiences to a campaign or ad group (for remarketing).

  ○ Export historical data using one or more of the solutions outlined below.

- Starting the week of **July 1, 2024**: You won't be able to access any Universal Analytics properties or the API (not even with read-only access), and all data will be deleted. While the standard sunset took weeks to complete, the full Universal Analytics shutdown will happen within a week. We know your data is important to you, and we recommend that you export your previously processed data before this date.

## Frequently asked questions
Expand all Collapse all