# Exhibit E

# Safeguarding your data

Laws protecting user privacy such as the European Economic Area's General Data Protection Regulation and other privacy laws that establish various rights for applicable US-state residents impact content publishers, application developers, website visitors, and application users. See also the Google privacy policy and Google's site for customers and partners. Currently such regulations apply to specific geographic regions, but publishers and application developers often implement controls that affect the experience of users in all regions.

Google is committed to protecting data confidentiality and security. It is important to understand your privacy options, whether in the role of a publisher or a consumer. This page provides information on data collection and security for:

- Content publishers and app developers ("customers") using Google measurement products.
- Website visitors and app users ("users") of sites and apps using Google measurement products.

## Data collection

Google customers use tags on web pages and an SDK for mobile apps to enable Google measurement products. The measurement data collected helps customers understand their users' needs and, optionally, personalize the user experience and offer relevant advertising (see Advertising personalization).

Google tags and the SDK use cookies and app instance IDs, respectively, to measure user interaction. While these identifiers provide information about user behavior, Google prohibits customers from sending Personally Identifiable Information to Google Analytics. Even so, use of cookies and app IDs falls under the privacy laws mentioned previously. Google customers need to inform users about the information being stored and give them the opportunity to grant or deny their consent.

See the following sections on this page to:

- Learn how Google collects and processes information about website and app usage: Information for sites and apps using Google Analytics.
- Learn about our user policies and controls: Information for visitors of sites and apps using Google Analytics.

Download this diagram that explains how Google Analytics collects, filters, and stores data.