# Exhibit F

# Data sharing settings

There are several data sharing settings in your Analytics account. These settings let you customize how you share with Google the data that you collect using an Analytics data collection method (like the JavaScript tracking code, mobile SDKs, and the Measurement Protocol), so you can be more open or more restrictive with your data based on your own preferences. These settings only let you customize how you share the data you collect from websites, mobile apps, and other digital devices using Analytics. They do not apply to data about your Analytics account or how your account is used, like the number of properties and which additional features are set up. Regardless of your data sharing settings, your Analytics data may also be used only insofar as necessary to maintain and protect the Analytics service.

All Google representatives that can access account data, including vendors, must agree to internal access policy terms and conditions. Data access requires appropriate authentication; all access is over SSL and is logged for security review, and representatives can only use Google-approved computers when accessing customer data.
*In this article*:

## Change your data sharing settings

You must customize your data sharing settings when you sign up for an Analytics account, but you can return to the Admin section of an account and change the settings any time.

To change the data sharing settings:

1. In **Admin**, under *Account*, click **Account details**.
   **Note**: The previous link opens to the last Analytics property you accessed. You must be signed in to a Google Account to open the property. You can change the property using the property selector.  You must be an Editor or above at the account level to change your data sharing settings.
2. Edit any setting and click **Save**.

## Details and benefits of each data sharing setting

Review the settings in your account, and this additional information here, to help you decide whether to turn these settings ON or OFF. If all settings are OFF, your Analytics data is only used to provide and maintain the Analytics service.

### Google products & services

When you turn this setting ON, Google can access and analyze data to better understand online behavior and trends, and use this data to improve Google products and services. For example, this data can be used to improve the Google Ads system tools that you use to create, manage, and analyze your ad campaigns.

Any data collected and used by Google under the "Google products & services" setting is subject to the Controller-Controller Data Protection terms and Google is, for GDPR purposes, an independent

controller of such data.
**Note**: This data sharing option is not available to Analytics accounts with properties in the "Health" and "Finance" property industry categories. You can see your property industry category by going to **Admin** > **Property** > **Property details**.

## Modeling contributions & business insights

Aggregated data can be used to help create features and publications that give you a better understanding of what's happening across your entire industry. When you share data for modeling contributions and business insights, that data is aggregated with data from other websites and apps, so it cannot be used to identify your organization, account, or users.

When you turn this setting OFF, data can still flow between Analytics and the other Google products that are explicitly linked to any of your account properties.

You benefit when this setting is ON because Analytics data can be used to help build better tools and provide guidance that can help your marketing and analysis efforts. Benchmarking data lets you know where you stand in your industry and contributes to research analyses that uncover important market trends, like year-over-year increase in mobile traffic.

### Technical support

Analytics support representatives sometimes need to access your account to provide service and resolution to technical issues. When you turn this setting ON, support representatives can access your data to help resolve technical issues. If you turn this setting OFF, support representatives might not be able to help resolve technical issues.

You benefit when this setting is ON because Google support could access your account to troubleshoot and help you find solutions if you report an issue in your account.

### Recommendations for your business

When you turn this setting ON, Google can access your Google Analytics account data, including account usage and configuration data, product spending, and users associated with your Google Analytics account.

You benefit when this setting is ON because Google can use your account data to help you make the most of Google products, providing you with insights, offers, recommendations, and optimization tips across Google Analytics and other Google products for business.

## Controller-Controller Data Protection terms

When Google Analytics customers enable the data sharing setting for "Google products & services", Google is, for GDPR purposes, a controller of the data that is shared and used under this setting.

Learn more about Controller-Controller Data Protection terms

## Related resources